# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Garber v. Office of the Commissioner of    Docket No.: 16-1659

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Christopher A. Bandas

Firm: Bandas Law Firm, PC

Address: 500 N. Shoreline Blvd., Suite 1020, Corpus Christi, Texas 78401

Telephone: 361-698-5200    Fax: 361-698-5222

E-mail: cbandas@bandaslawfirm.com

Appearance for: Sean Hull
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Forrest S. Turkish )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/Christopher A. Bandas

Type or Print Name: Christopher A. Bandas