## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Garber v. Office of the Commissioner of                    Docket No.: 16-1659

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Robert W. Clore

Firm: Bandas Law Firm, PC

Address: 500 N. Shoreline Blvd., Suite 1020, Corpus Christi, Texas 78401

Telephone: 361-698-5200     Fax: 361-698-5222

E-mail: rclore@bandaslawfirm.com

Appearance for: Sean Hull
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Christopher A. Bandas, Bandas Law Firm, P.C. )
(name/firm)

☐ Amicus (in support of : _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/Robert W. Clore

Type or Print Name: Robert W. Clore